UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,  )<br>                                         )<br>         Plaintiff,               )<br>   v.                                  )<br>                                         )<br>MINH-HOANG NGUYEN; ANH-SON )<br>NGUYEN,                          )<br>                                         )<br>         Defendants.          )<br>_____) | Case No.: 12-CV-03751-LHK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation that this case be *sua sponte* remanded to state court for lack of federal jurisdiction. *See* ECF No. 5. The time for objections has passed, and the parties have filed none. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and accordingly adopts it in its entirety. This case is therefore REMANDED to Santa Clara County Superior Court. In light of this Order, Plaintiff's motion to remand (ECF No. 7), filed today, August 8, 2012, is denied as moot. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 8, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03751-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING